**IT IS SO ORDERED.**

**Dated:  11:51 AM June 14 2010**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                             CASE NO: 07-52352
                                              )    Chapter  13
Charles Douglas Clay
                                              )

                                              )
         Debtor(s).                                Judge Marilyn Shea-Stonum
                                              )
                                                   <u>ORDER VACATING
                                                   ORDER OF DISMISSAL AND
                                                   REIMPOSING STAY</u>

   This matter is before the Court upon consideration of a motion of the above-captioned debtor who prayed for the entry of an order vacating this Court's order of April 26, 2010 wherein the Court dismissed this case, reinstating the case and reimposing the automatic stay of 11 U.S.C. Sec. 362(a).  The debtor alleged in his motion that he tendered to the chapter 13 trustee funds in an amount sufficient to bring the debtor into substantial compliance with the terms of his plan.  It appears to the Court, upon representation of the debtor's counsel, that a copy of the debtor's motion was sent to all parties in interest in the case and that each of these parties was notified of the opportunity to request a hearing on the debtor's motion within fourteen (14) days from the date of the service of copies of this motion.  It further appears to the Court that these fourteen (14) days have passed and that no party so served has requested a hearing thereon.  The Court

finds, therefore, that the debtor's motion shall be granted.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that the above-referenced order dismissing the debtor's case is hereby VACATED, the case hereby is REINSTATED and the automatic stay of 11 U.S.C. Sec. 362(a) hereby is REIMPOSED.

###

Submitted by:

/s/ Robert M. Whittington, Jr., 0007851
Attorney for the Debtor
159 S. Main St., #1023
Akron, OH 44308
330 384 84848
fax 330 384 8953
elkwhitt@neo.rr.com


Approved:

/s/ Keith L. Rucinski, Chapter 13 Trustee
/s/ Joseph A. Ferrise, Staff Attorney
```
    Fax approval received 6/10/10
```
_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com


List of Parties to be Served:

Pursuant to Rule 9022, Rules of Bankruptcy Procedure, Fed.R.Civ.P. 5(b) and ECF

Decisions promulgated by the Clerk of this Court, the Clerk shall serve the following by electronic notice through the ECF system if the following named recipients are registered ECF users, or otherwise by ordinary U.S. Mail, postage prepaid, or by such other means as may be permitted by these Rules, viz.,

U.S. Trustee
201 Superior Ave E. #441
Cleveland, OH 44114

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 07-52352-mss<br>Northern District of Ohio<br>Akron<br>Fri May 21 10:29:50 EDT 2010 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | US Bankruptcy Court<br>455 Federal Bldg<br>2 South Main Street<br>Akron, OH 44308-1813 |
| Akron General Medical Center<br>400 Wabash Ave.<br>Akron, OH 44307-2463 | (c)AMERICREDIT<br>801 CHERRY ST UNIT 12<br>FORT WORTH TX  76102-6896 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 |
| (p)COLLECT AMERICA LTD<br>4340 S MONACO PKWY<br>2ND FL<br>DENVER CO 80237-3400 | Directv<br>P.O. Box 78626<br>Phoenix, AZ 85062-8626 | Fidelity National Collections<br>220 E. Main St.<br>Alliance, OH 44601-2423 |
| Household Bank<br>2700 Sanders Rd.<br>Prospect Hts., IL 60070-2701 | John A. Donofrio<br>Summit County Fiscal Officer<br>c/o Milton C. Rankins, Asst. Prosecuting<br>220 S Balch St #118<br>Akron OH 44302-1638 | LaSalle Bank National Assoc<br>c/o Stacy O'Stafy<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH  43216-5028 |
| LaSalle Bank National Association<br>c/o Select Portfolio Services<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | Lasalle Bank NA c/o<br>Select Portfolio Svcg.<br>3815 S. West Temple<br>Salt Lake City, UT 84115-4412 | Nationwide Credit Inc<br>2015 Vaughn Rd. NW #30<br>Kennesaw, GA 30144-7801 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Summit Co. Prosecutor, Tax Division<br>220 S. Balch St., #118<br>Akron, OH 44302-1638 | Thomas G. Widman, Esq.<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| Charles Douglas Clay<br>379 W. Bartges<br>Akron, OH 44307-1929 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza<br>Suite 2020<br>Akron, OH 44308-1160 | Robert M Whittington Jr<br>159 S Main St<br>Key Bldg<br>#1023<br>Akron, OH 44308-1318 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICREDIT.<br>C/O ALICE WHITTEN<br>POB 183853<br>ARLINGTON, TX 76096 | (d)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON, TX 76096 | (d)Americredit<br>P.O. Box 182963<br>Arlington, TX 76096 |
| CACH LLC<br>370 17th St. #5000<br>Denver, CO 80202 | Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>NORFOLK VA 23541 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Americredit
801 Cherry Street, Suite 3900
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LaSalle Bank National Association     End of Label Matrix
                                         Mailable recipients   20
                                         Bypassed recipients    1
                                         Total                 21